Decided July 14, 1999

CONSTANCE DANKO ET AL. *v.* REDWAY
ENTERPRISES INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 53 Conn. App. 373 (AC 17736), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that: (1) statements made in a stricken pleading are admissible as evidential admissions of the party who pleaded them; and (2) an exception exists to the foregoing rule for statements made in an apportionment complaint?"

The Supreme Court docket number is SC 16150.

*Joshua D. Koskoff,* in support of the petition.

*Donn A. Swift* and *Eric P. Smith,* in opposition.

Decided July 14, 1999